UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MALCOLM GREER,

                       Plaintiff,                  **ORDER**

     -against-                      22 Civ. 7322 (NSR)(JCM)

VILLAGE OF SCARSDALE, *et al.*,

                       Defendants.
-------------------------------------------------------X

       In lieu of the January 8, 2025 Telephone Conference, the parties are directed to submit a joint letter on February 28, 2025 confirming that all discovery is complete.

Dated:   January 8, 2025
             White Plains, New York

                                               **SO ORDERED:**

                                               JUDITH C. McCARTHY
                                             United States Magistrate Judge