**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 MALCOLM GREER,

                        Plaintiff,

        -against-                             22 **CIVIL** 7322 (NSR)

                                         **<u>JUDGMENT</u>**

VILLAGE OF SCARSDALE, et al.,

                        Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 9, 2026, Defendants' Motion for Summary Judgment is GRANTED. Judgment is entered in favor of Defendants the Village of Scarsdale and Police Chief Andrew Matturro; accordingly, the case is closed.

**Dated:** New York, New York

        March 9, 2026

                                      **TAMMI M. HELLWIG**
                                           _____
                                            **Clerk of Court**

                                            *K. mango*
                    **BY:**
                                            _____
                                            **Deputy Clerk**